**APPENDIX A**

---

**.COM DOMAINS**

***Registry***
**Verisign, Inc.**
**Verisign Information Services, Inc..**
**Verisign Global Registry Services**
**12061 Bluemont Way**
**Reston Virginia 20190**
**United States**

| OFFICEINVENTORYS.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officeinventorys.com<br>Registry Domain ID: 2502955959_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-03-13T16:12:21.00Z<br>Registrar Registration Expiration Date: 2021-03-13T16:12:21.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503<br>Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Registry Admin ID: |
|---|---|

| | |
|---|---|
| | Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T11:42:28.55Z <<< |
| OFFICESUITESOFT.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officesuitesoft.com<br>Registry Domain ID: 2497852670_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-02-28T04:39:59.00Z<br>Registrar Registration Expiration Date: 2021-02-28T04:39:59.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107 |

Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:

| | |
|---|---|
| | http://wdprs.internic.net/ |
| OFFICEHNOC.COM | *Registrar*<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officehnoc.com<br>Registry Domain ID: 2482044724_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-01-19T15:18:12.00Z<br>Registrar Registration Expiration Date: 2021-01-19T15:18:12.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503<br>Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com<br>Registry Admin ID:<br>Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com |

| | |
|---|---|
| | Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T12:23:12.95Z <<< |
| OFFICESUITED.COM | *Registrar*<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officesuited.com<br>Registry Domain ID: 2466161464_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2019-12-11T20:07:57.00Z<br>Registrar Registration Expiration Date: 2020-12-11T20:07:57.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503 |

| | |
|---|---|
| | Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Registry Admin ID:<br>Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T17:23:43.56Z <<< |
| OFFICEMTR.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officemtr.com<br>Registry Domain ID: 2460235581_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z |

Creation Date: 2019-11-27T01:01:50.00Z
Registrar Registration Expiration Date: 2020-11-27T01:01:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
ca357c245790440db15de36d422c3d18.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
ca357c245790440db15de36d422c3d18.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:

| | |
|---|---|
| | Tech Email: ca357c245790440db15de36d422c3d18.protect@whoisguard.com<br>Name Server: pdns1.registrar-servers.com<br>Name Server: pdns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T21:24:09.71Z <<< |
| MAILITDAEMON.COM | **GoDaddy.com, LLC**<br>**14455 North Hayden Rd., Ste. 219**<br>**Scottsdale, AZ 85260**<br><br>Domain Name: mailitdaemon.com<br>Registry Domain ID: 2466584834_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.godaddy.com<br>Registrar URL: http://www.godaddy.com<br>Updated Date: 2019-12-13T04:09:33Z<br>Creation Date: 2019-12-13T04:09:32Z<br>Registrar Registration Expiration Date: 2020-12-13T04:09:32Z<br>Registrar: GoDaddy.com, LLC<br>Registrar IANA ID: 146<br>Registrar Abuse Contact Email: abuse@godaddy.com<br>Registrar Abuse Contact Phone: +1.4806242505<br>Domain Status: clientTransferProhibited<br>http://www.icann.org/epp#clientTransferProhibited<br>Domain Status: clientUpdateProhibited<br>http://www.icann.org/epp#clientUpdateProhibited<br>Domain Status: clientRenewProhibited<br>http://www.icann.org/epp#clientRenewProhibited<br>Domain Status: clientDeleteProhibited<br>http://www.icann.org/epp#clientDeleteProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Registration Private<br>Registrant Organization: Domains By Proxy, LLC<br>Registrant Street: DomainsByProxy.com<br>Registrant Street: 14455 N. Hayden Road<br>Registrant City: Scottsdale<br>Registrant State/Province: Arizona<br>Registrant Postal Code: 85260<br>Registrant Country: US<br>Registrant Phone: +1.4806242599<br>Registrant Phone Ext:<br>Registrant Fax: +1.4806242598<br>Registrant Fax Ext:<br>Registrant Email: mailitdaemon.com@domainsbyproxy.com<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Registration Private<br>Admin Organization: Domains By Proxy, LLC<br>Admin Street: DomainsByProxy.com |

Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: mailitdaemon.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: mailitdaemon.com@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-05-17T09:00:00Z <<<