# APPENDIX B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:              OR  Jump  to record:        **Record 1 out of 36**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROSOFT

**Word Mark**    MICROSOFT

**Goods and Services**    IC 009. US 021 023 026 036 038. G & S: Computer peripherals; computer keyboards; computer mice; Computer programs for wallet-sized personal computers, namely, personal information manager programs with calendars, contact information files and to do lists; note taking programs; programs for facilitating voice, text and pen input; electronic mail program; access programs for global communication networks; programs for wireless communications; computer programs for use in developing other programs for use on wallet-sized personal computers; computer programs for use with phones and pagers; computer programs for accessing global communication networks and displaying content therefrom; computer programs for use with hand-held computers, namely, operating system and utility programs; business application programs for use with hand-held computers; Computer operating system programs and utilities; computer application software for wireless telecommunications for use with wireless devices; computer software to enable uploading, downloading, accessing, posting, displaying, tagging, blogging, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; software for allowing communication and interaction between phones, mobile devices, televisions, video game consoles, media players, computers, digital media hubs, and audiovisual devices; computer software for use by computer network administrators to deploy and manage application software and network server software; computer network server software for managing user content on computer networks and global computer networks; computer software for managing secure communications over computer networks and global computer networks; computer software for developing, managing and operating intranet sites; computer network operating software and utilities; computer software development tools for network servers and applications; computer software for inventorying and monitoring computer hardware and software assets and use within an organization; computer application programs and operating system programs for use with communications servers; computer programs for managing communications and data exchange between computers and electronic devices; operating systems software for use in playing electronic games; computer hardware and peripherals; computer mice and wireless computer mice; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; hardware for telecommunications for connecting devices via in-home phone and electrical wiring, namely, computer networks hubs, computer servers, set-top boxes, computer switches and computer routers designed to provide in-home voice over Internet protocol (VoIP) communications; computer and video game systems devices, namely, electronic sensor devices, cameras, projectors, headphones, and microphones; electronic game equipment, namely, equipment communicating with a television or computer for playing electronic games; Computer software for virtual reality visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and

multimedia files; wearable computers; wearable computer peripherals; virtual reality headsets for use in visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and multimedia files; computer peripherals for mobile devices for remotely accessing and transmitting data; computer peripherals for displaying data and video; computer software, namely, software for setting up, operating, configuring, and controlling wearable computer hardware and wearable computer peripherals; apparatus for recording, transmission or reproduction of sound, images, or data; electronic and optical communications instruments and components, namely, display screens for virtual reality visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and multimedia files; 3D spectacles; hologram apparatus; holographic apparatus for projecting holographic video, still images, graphics and multimedia files. FIRST USE: 19751112. FIRST USE IN COMMERCE: 19751112

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87047436 |
| **Filing Date** | May 23, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | July 26, 2016 |
| **Registration Number** | 5449084 |
| **International Registration Number** | 1318242 |
| **Registration Date** | April 17, 2018 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 4 out of 36**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Installation, maintenance and repair of computer networks and computer systems consisting of software. FIRST USE: 19870105. FIRST USE IN COMMERCE: 19870105 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78190864 |
| **Filing Date** | December 3, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 5, 2003 |
| **Registration Number** | 2872708 |
| **Registration Date** | August 10, 2004 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 1200236;1256083;1259874 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140827. |
| **Renewal** | 1ST RENEWAL 20140827 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:     OR Jump | to record:     **Record 8 out of 36**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROSOFT

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 042. US 100 101. G & S: providing information in a wide variety of fields over computer networks and global communication networks; providing general reference information over computer networks and global communication networks; providing information concerning parenting and children's health, nutrition, and well being over computer networks and global communication networks; providing information concerning computers and computer software over computer networks and global communication networks; providing access to computer data bases and web sites of others in various fields by means of a global communications network; computer and software services, namely, providing interactive electronic retailing and on-line ordering and information systems for use by others; [ computer services, namely, hosting web sites and providing web site operation and management services to others in the fields of on-line retailing and ordering, restaurant and travel information and reservations; leasing computer facilities to others for the purpose of their providing interactive retailing, on-line ordering, and restaurant and travel information and reservations, on a computer server for a global communication network; ]providing bulletin board services and chat services by means of global communication networks. FIRST USE: 19950307. FIRST USE IN COMMERCE: 19950307 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75351663 |
| **Filing Date** | September 4, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 11, 2000 |
| **Registration Number** | 2337072 |

| **Registration Date** | April 4, 2000 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200508. |
| **Renewal** | 2ND RENEWAL 20200508 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:      OR | Jump | to record:    **Record 9 out of 36**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROSOFT

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: [ computer programs for use in automobiles, namely, computer programs for monitoring automobile performance, for mapping and navigation, for electronic mail and wireless communication, for maintaining personal directories, contact lists, address and telephone number lists; ] operating system programs and utilities; [ computer programs for use in the development of other programs for use in automobile computers; ] and computer programs for providing entertainment, traffic information, news and other information; computer programs for wallet-sized personal computers, namely, personal information manager programs with calendars, contact information files and to do lists; note taking programs; programs for facilitating voice, text and pen input; electronic mail program; access programs for global communication networks; programs for wireless communications; operating system programs and utilities; computer programs for use in developing other programs for use on wallet-sized personal computers; computer programs for use with phones [ and pagers; ] computer programs for accessing global communication networks and displaying content therefrom; [ computer programs for electronic pagers and electronic pager modules, namely, operating system programs and utilities; ] computer programs for providing [ paging and ] wireless communication functions; computer programs for use with hand-held computers, namely, operating system and utility programs; a full line of business application programs for use with hand-held computers. FIRST USE: 19800600. FIRST USE IN COMMERCE: 19811200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75180620 |
| **Filing Date** | October 10, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 17, 1998 |
| **Registration Number** | 2285870 |

| | |
|---|---|
| **Registration Date** | October 12, 1999 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 1966382;2032837;2042216;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20191029. |
| **Renewal** | 2ND RENEWAL 20191029 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:             OR    Jump    to record:         **Record 10 out of 36**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunication services, namely, the receipt and delivery of messages, documents, images and other data by electronic transmission; electronic mail services; providing bulletin board services and chat services by means of global communication networks. FIRST USE: 19950307. FIRST USE IN COMMERCE: 19950307 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75358289 |
| **Filing Date** | September 17, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 16, 1999 |
| **Registration Number** | 2250973 |
| **Registration Date** | June 8, 1999 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 1200236;1256083;1673353;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190528. |
| **Renewal** | 2ND RENEWAL 20190528 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:              OR   Jump   to record:      **Record 17 out of 36**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunications services, namely the receipt and delivery of messages, documents and other data by electronic transmission. FIRST USE: 19870324. FIRST USE IN COMMERCE: 19870324 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74590997 |
| **Filing Date** | October 26, 1994 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 16, 1996 |
| **Registration Number** | 1966382 |
| **Registration Date** | April 9, 1996 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 98052 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 1200236;1256083;1673353;1682075;1683069;1683585;1684033;1685083;1685234; 1685235;1689468;1715596;1715749;1715836;1718176;1718281;1731160;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160606. |
| **Renewal** | 2ND RENEWAL 20160606 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 34 out of 36**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 009. US 026 038. G & S: Computer Programs. FIRST USE: 19751112. FIRST USE IN COMMERCE: 19751112 |
| | IC 042. US 101. G & S: Computer Programming Services. FIRST USE: 19751112. FIRST USE IN COMMERCE: 19751112 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73236080 |
| **Filing Date** | October 22, 1979 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 13, 1982 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1200236 |
| **Registration Date** | July 6, 1982 |
| **Owner** | (REGISTRANT) Microsoft PARTNERSHIP Suite 819 10800 NE. 8th Bellevue WASHINGTON 98004 |
| | (LAST LISTED OWNER) MICROSOFT CORPORATION CORPORATION CHANGE OF NAME WASHINGTON ONE MICROSOFT WAY SEATTLE WASHINGTON 981047092 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120413. |
| **Renewal** | 2ND RENEWAL 20120413 |
| **Live/Dead** | LIVE |

**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:        **Record 6 out of 56**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROSOFT

**Word Mark**  MICROSOFT

**Goods and Services**  IC 009. US 021 023 026 036 038. G & S: Computer peripherals; computer keyboards; computer mice; Computer programs for wallet-sized personal computers, namely, personal information manager programs with calendars, contact information files and to do lists; note taking programs; programs for facilitating voice, text and pen input; electronic mail program; access programs for global communication networks; programs for wireless communications; computer programs for use in developing other programs for use on wallet-sized personal computers; computer programs for use with phones and pagers; computer programs for accessing global communication networks and displaying content therefrom; computer programs for use with hand-held computers, namely, operating system and utility programs; business application programs for use with hand-held computers; Computer operating system programs and utilities; computer application software for wireless telecommunications for use with wireless devices; computer software to enable uploading, downloading, accessing, posting, displaying, tagging, blogging, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; software for allowing communication and interaction between phones, mobile devices, televisions, video game consoles, media players, computers, digital media hubs, and audiovisual devices; computer software for use by computer network administrators to deploy and manage application software and network server software; computer network server software for managing user content on computer networks and global computer networks; computer software for managing secure communications over computer networks and global computer networks; computer software for developing, managing and operating intranet sites; computer network operating software and utilities; computer software development tools for network servers and applications; computer software for inventorying and monitoring computer hardware and software assets and use within an organization; computer application programs and operating system programs for use with communications servers; computer programs for managing communications and data exchange between computers and electronic devices; operating systems software for use in playing electronic games; computer hardware and peripherals; computer mice and wireless computer mice; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; hardware for telecommunications for connecting devices via in-home phone and electrical wiring, namely, computer networks hubs, computer servers, set-top boxes, computer switches and computer routers designed to provide in-home voice over Internet protocol (VoIP) communications; computer and video game systems devices, namely, electronic sensor devices, cameras, projectors, headphones, and microphones; electronic game equipment, namely, equipment communicating with a television or computer for playing electronic games; Computer software for virtual reality visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and

multimedia files; wearable computers; wearable computer peripherals; virtual reality headsets for use in visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and multimedia files; computer peripherals for mobile devices for remotely accessing and transmitting data; computer peripherals for displaying data and video; computer software, namely, software for setting up, operating, configuring, and controlling wearable computer hardware and wearable computer peripherals; apparatus for recording, transmission or reproduction of sound, images, or data; electronic and optical communications instruments and components, namely, display screens for virtual reality visualization, manipulation, immersion and integration of audio, video, text, binary, still images, graphics and multimedia files; 3D spectacles; hologram apparatus; holographic apparatus for projecting holographic video, still images, graphics and multimedia files. FIRST USE: 19751112. FIRST USE IN COMMERCE: 19751112

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87047436 |
| **Filing Date** | May 23, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | July 26, 2016 |
| **Registration Number** | 5449084 |
| **International Registration Number** | 1318242 |
| **Registration Date** | April 17, 2018 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:qr6z0.3.6

2/2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:     OR Jump to record:     **Record 3 out of 36**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | MICROSOFT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer operating system programs and utilities; computer application software for wireless telecommunications for use with wireless devices; computer software to enable uploading, downloading, accessing, posting, displaying, tagging, blogging, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; software for allowing communication and interaction between phones, mobile devices, televisions, video game consoles, media players, computers, digital media hubs, and audiovisual devices; computer software for use by computer network administrators to deploy and manage application software and network server software; computer network server software for managing user content on computer networks and global computer networks; computer software for managing secure communications over computer networks and global computer networks; computer software for developing, managing and operating intranet sites; computer network operating software and utilities; computer software development tools for network servers and applications; computer software for inventorying and monitoring computer hardware and software assets and use within an organization; computer application programs and operating system programs for use with communications servers; computer programs for managing communications and data exchange between computers and electronic devices; operating systems software for use in playing electronic games; computer hardware and peripherals; computer keyboards; computer mice and wireless computer mice; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; hardware for telecommunications for connecting devices via in-home phone and electrical wiring, namely, computer networks hubs, computer servers, set-top boxes, computer switches and computer routers designed to provide in-home voice over internet protocol (VOIP) communications; computer and video game systems devices, namely, electronic sensor devices, cameras, projectors, headphones, and microphones; electronic game equipment, namely, equipment communicating with a television or computer for playing electronic games. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 016. US 002 005 022 023 029 037 038 050. G & S: Publications, namely, user manuals, instruction guides, reference guides, books, magazines, and newsletters in the field of computers, computer software, business, business management and accounting, computer games, games and entertainment; stationery, stationery-type portfolios, stationery items, namely, pens, pencils, desk sets, pen and pencil holders, posters, memo pads, binders, calendars, notebooks, note cards. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 025. US 022 039. G & S: Clothing, namely, shirts, sweatshirts, vests, jackets, coats, sweaters, caps, headwear, hats, visors. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800 |

IC 028. US 022 023 038 050. G & S: Toys and sporting goods, namely, sport balls, golf balls, golf tees, squeezable balls, and flying disc toys; plush, stuffed, and soft sculptured toys; yo-yos; mechanical action toys. FIRST USE: 20130800. FIRST USE IN COMMERCE: 20130800

IC 035. US 100 101 102. G & S: Providing information in the fields of business and commerce over global computer networks and global communications networks; retail store services and online retail store services featuring computers, computer hardware, software, computer games, computer peripherals, portable music players and accessories, personal digital assistants, cell phones and accessories, video game consoles and accessories, webcams, books, clothing, back packs, messenger bags, computer bags and novelty items; business services, namely, business consultation and marketing services, business advice and information services; providing consumer product information via global computer networks; promoting the goods and services of others via global computer networks, procurement services for others; the bringing together, for the benefit of others, of a variety of goods and services, enabling customers to conveniently view and purchase those goods and services from an Internet web site particularly specializing in the marketing of the sale of goods and services of others. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 036. US 100 101 102. G & S: Providing information in the field of financial news; charitable services, namely, providing funding and financial assistance to computer and technology training organizations; financial services, namely, providing a virtual currency for use by members of an online community via global computer networks and global communication networks. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 038. US 100 101 104. G & S: Communication services, namely, electronic transmission of data and documents among users of computers; transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, global communication networks and global communication networks; streaming of audio and video over global computer networks and global communication networks; information transmission via electronic communications networks; electronic mail and messaging services; electronic data transmission; electronic delivery of images and photographs via global computer networks; instant messaging services; voice over internet protocol (VOIP) services; audio and video broadcasting services over global communication networks and global computer networks; providing online chat rooms for social networking; consulting in the field of telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks; consulting services in the field of communications; providing access to databases; providing user access to a global computer network. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 039. US 100 105. G & S: Electronic storage and archiving of files, documents, digital photographs, videos, music, electronic media, namely, images, text, and audio data; providing a web site and web site links to geographic information, map images, and trip routing; providing an online searchable computer database featuring travel information; providing information, news and commentary in the field of travel; transportation services, namely, providing information concerning motor vehicles, travel and travel-related subjects over computer networks and global communication networks. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 041. US 100 101 107. G & S: Providing information and training programs relating to opportunities for youth in the field of education, training, employment, and entrepreneurship; entertainment services, namely, providing online computer games, online electronic games and online video games; entertainment services, namely, providing websites featuring information in the fields of entertainment, music, movies, video, games, news, and sports; entertainment services, namely, providing websites featuring virtual environments in which users can interact for recreational, leisure or entertainment purposes; entertainment services, namely, providing interactive multiplayer game services for games played over global computer networks and global communication networks; providing information on the video game and computer game industries via global computer networks and global communication networks; providing information, news and commentary in the field of entertainment; providing information on computer games, video games, video game consoles and accessories thereof via global computer networks and global communication networks. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 042. US 100 101. G & S: Application service provider, namely, hosting, managing, developing, analyzing, updating and maintaining applications, computer operating systems, software, and web sites for others; providing technical support, consultation and resources in the fields of computer security, privacy and online safety; computer diagnostic services; computer services, namely, data recovery services; online technical support, troubleshooting, testing, and consulting services in the field of computers, computer software and computer systems; computer services, namely, computer system administration for others; computer services, namely, remote management of the information technology (IT) systems of others; computer services, namely, cloud hosting provider services; consulting services in the field of cloud computing; computer software design; computer software development and computer programming development for others; consultancy in the field of software design; consulting in the field of information technology; consulting services in the field of computer-based information systems for businesses; consulting services in the field of providing online, non-downloadable software and applications; providing online non-downloadable business and general purpose application software; providing online non-downloadable software for website development and database management; provide non-downloadable software for internet searching, database management, providing Internet search engine; providing

information in the field of computer systems, software, hardware, internet, networks, databases and mobile applications. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

IC 045. US 100 101. G & S: Consulting services in the field of maintaining the security and integrity of databases; personal services, namely, providing online social networking services; providing online computer databases and online searchable databases in the field of social networking. FIRST USE: 20120800. FIRST USE IN COMMERCE: 20120800

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.14 - Squares, three or more ; Three or more squares<br>26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 85710265 |
| **Filing Date** | August 22, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 25, 2013 |
| **Registration Number** | 4552363 |
| **International Registration Number** | 1142097 |
| **Registration Date** | June 17, 2014 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 2250973;2637360;2730599;2843964;3877801;4029299;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of four squares arranged in a rectangular grid adjacent to the wording "MICROSOFT". The squares are separated by blank space. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | OFFICE |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software and computer programs for use in database management, electronic spreadsheets, designing, creating, editing and publishing documents, note taking, email, calendaring, scheduling, contact information storage and management, accounting, customer relationship management, project management, presentation graphics, desktop publishing, web publishing, document management, database management, data collection, data analysis, graphics, presentation graphics, word processing, instant messaging, Voice over Internet Protocol (VoIP), video conferencing, audio conferencing, web conferencing and document sharing, application sharing, computer desktop sharing, file transfer, sensing and providing user presence information, telephony, real-time communications featuring instant messaging, audio, video and data exchange, mapping geographical locations, manipulating video, audio and graphics; communications software for managing the exchange of communications and data and information over computer networks, wireless networks, and global communications networks; computer communications software for use in accessing web sites and exchanging information and data and obtaining services from web sites; computer software for use in developing web sites, operating electronic mail and providing computer security; computer software for recording, organizing, editing and transmitting information in typed written and voice format; computer communications software for accessing web messaging and shared documents from web sites on the Internet; computer utility programs; computer software development programs; computer security and authentication software for controlling access to and communications with computers; computer software for computer network security, anti-virus protection, and intrusion detection and prevention; computer game software; house mark for a full line of business software applications. FIRST USE: 20121212. FIRST USE IN COMMERCE: 20121212 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.11.02 - Plain single line rectangles ; Rectangles (single line) |
| **Serial Number** | 85799081 |
| **Filing Date** | December 10, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| **Published for Opposition** | May 21, 2013 |
| **Registration Number** | 4456462 |
| **Registration Date** | December 24, 2013 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a three-dimensional geometric design with two vertical sides and two horizontal sides. The vertical sides and top side are three-dimensional images of rectangular solids and the bottom side is a three-dimensional image of a triangle. To the right of the geometrical design is the word "Office". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 1 out of 2**

---

TSDR      ASSIGN Status      TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ONEDRIVE

| | |
|---|---|
| **Word Mark** | ONEDRIVE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for receiving, displaying, storing, organizing and sharing with other users documents, sounds, music, videos, photographs, drawings, images and data stored electronically. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| | IC 038. US 100 101 104. G & S: Telecommunication services, namely, transmission of documents, sounds, music, videos, photographs, drawings, images and data by means of telecommunications networks, wireless communication networks, and the internet. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| | IC 042. US 100 101. G & S: Providing temporary use of non-downloadable software for receiving, displaying, storing, organizing and sharing with other users documents, sounds, music, videos, photographs, drawings, images and data stored electronically; Electronic storage of documents, sounds, music, videos, photographs, drawings, images and data for others. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86206548 |
| **Filing Date** | February 27, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | November 25, 2014 |
| **Registration** | 4827884 |

| | |
|---|---|
| **Number** | |
| **International Registration Number** | 1213324 |
| **Registration Date** | October 6, 2015 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Priority Date** | September 4, 2013 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 2 out of 2**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ONEDRIVE

| | |
|---|---|
| **Word Mark** | ONEDRIVE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software for use in electronic storage of data featuring cloud computing. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| | IC 038. US 100 101 104. G & S: Data communication over local networks, wireless networks and global communications networks, including the internet, intranets, extranets, television, mobile communication, cellular and satellite networks. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| | IC 039. US 100 105. G & S: Electronic storage of data, text, images, audio, video; storage services for archiving electronic data. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| | IC 042. US 100 101. G & S: Application Service Provider (ASP) services featuring software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, and electronic publications. FIRST USE: 20140219. FIRST USE IN COMMERCE: 20140219 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85916372 |
| **Filing Date** | April 26, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 14, 2014 |
| **Registration** | 4661770 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | December 30, 2014 |
| **Owner** | (REGISTRANT) MICROSOFT CORPORATION CORPORATION WASHINGTON ONE MICROSOFT WAY REDMOND WASHINGTON 980526399 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST    NEXT LIST

FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:               OR  Jump  to record:            **Record 1 out of 9**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SHAREPOINT

| | |
|---|---|
| **Word Mark** | SHAREPOINT |
| **Goods and Services** | IC 042. US 100 101. G & S: Cloud computing featuring software for use in document management, authoring and publishing, developing customized internal network sites, designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems, and accessing remotely stored data for such applications; Providing temporary use of on-line non-downloadable software and applications for document management, authoring and publishing internal network sites, developing customized internal network sites, designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; Providing technical information in the field of computer software and cloud computing. FIRST USE: 20081117. FIRST USE IN COMMERCE: 20081117 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85467567 |
| **Filing Date** | November 8, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 10, 2012 |
| **Registration Number** | 4251352 |
| **International Registration Number** | 1107511 |

| | |
|---|---|
| **Registration Date** | November 27, 2012 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 2830919;2841861;2854862 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST

FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 2 out of 9**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### SHAREPOINT

| | |
|---|---|
| **Word Mark** | SHAREPOINT |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, providing search engines for obtaining data on a global computer network; [and ] * providing temporary use of non-downloadable workgroup and document management software for use in creating * managing databases and web sites, and producing and managing documents; on-line web site information services, namely, providing computer users with databases and web site links to facilitate workgroup collaboration and document creation and management; computer consultation services and technical support services in the fields of computers, computer networks, software, document management, and workgroup systems; and providing an on-line computer database in the fields of computers, computer networks, software and computerized document management and workgroup systems via computer networks and global communication networks. FIRST USE: 20021015. FIRST USE IN COMMERCE: 20021015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78975320 |
| **Filing Date** | June 22, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 8, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2841861 |
| **Registration Date** | May 11, 2004 |

| Owner | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
|---|---|
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131104. |
| **Renewal** | 1ST RENEWAL 20131104 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:                OR  Jump  to record:        **Record 3 out of 9**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## SHAREPOINT

| | |
|---|---|
| **Word Mark** | SHAREPOINT |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Organizing, arranging, conducting and promoting of trade shows, exhibitions and business conferences in the fields of computers, software, document management systems and workgroup software; [ small business on-line information services, namely, providing databases and web site links to other content providers in the field of small business issues; ] and providing business information via computer networks and global communication networks. FIRST USE: 20021015. FIRST USE IN COMMERCE: 20021015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78975285 |
| **Filing Date** | June 22, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 16, 2001 |
| **Registration Number** | 2849823 |
| **Registration Date** | June 1, 2004 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of** | SERVICE MARK |

| | |
|---|---|
| **Mark Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140204. |
| **Renewal** | 1ST RENEWAL 20140204 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 15 04:12:23 EDT 2020

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump | to record: **Record 4 out of 9**

TSDR | ASSIGN Status | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS)*

# SHAREPOINT

**Word Mark** SHAREPOINT

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: computer software for use in project management; computer software for designing, creating, maintaining and accessing customized internal network sites and global communication network sites; computer authoring software for use on internal computer networks and global communication networks, namely, software for creating, editing and delivering textual and graphic information, locally and remotely; computer programs for developing other computer programs; utility programs for creating internal network and global communication network applications; computer programs for assisting developers in creating program code for use in internal computer networks and global communication networks; software for designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; software for document authoring, storage, retrieval, contention control, version history tracking, profiling, access control, and security; software for automatically notifying users when documents have been updated; software for meeting and event scheduling and notification and for posting announcements on internal network sites and global communication network sites; software for posting links to internal network sites and global communication network sites and global communication network sites; software for categorizing, searching and retrieving documents and data on internal computer networks; computer programs for use on and with computer networks and global communication networks, namely, user identification, registration and authorization programs; programs for automating login procedures to access web sites or internal networks; security and encryption programs; programs for maintaining user privacy; programs for maintaining and updating user profiles; programs for maintaining server profiles; computer software for use in developing other computer programs for use by workgroups and in project management applications. FIRST USE: 20010500. FIRST USE IN COMMERCE: 20010500.

**Mark Drawing Code** (1) TYPED DRAWING

**Serial Number** 78975160

**Filing Date** June 22, 2000

**Current Basis** 1A

**Original Filing Basis** 1B

| | |
|---|---|
| **Published for Opposition** | December 4, 2001 |
| **Registration Number** | 2830919 |
| **Registration Date** | April 6, 2004 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131030. |
| **Renewal** | 1ST RENEWAL 20131030 |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST
FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jun 15 04:12:23 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:                OR  Jump  to record:          **Record 5 out of 9**

TSDR    ASSIGN Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### SHAREPOINT

| | |
|---|---|
| **Word Mark** | SHAREPOINT |
| **Goods and Services** | IC 038. US 100 101 104. G & S: providing on-line chat rooms for transmission of messages among computer users concerning computers, computer software, document management, workgroups, business communications, business management and advertising, and small business issues. FIRST USE: 20021015. FIRST USE IN COMMERCE: 20021015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78975143 |
| **Filing Date** | June 22, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 2, 2001 |
| **Registration Number** | 2793201 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131104. |
| **Renewal** | 1ST RENEWAL 20131104 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 18 04:12:24 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# OFFICE 365

| | |
|---|---|
| **Word Mark** | OFFICE 365 |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software and computer programs for database management, electronic spreadsheets, designing, creating, editing and publishing documents, note taking, email, calendaring, contacts management, presentation graphics, desktop publishing, document management, word processing, instant messaging, Voice over Internet Protocol (VoIP), video conferencing, audio conferencing, application sharing, computer desktop sharing, file transfer, sensing and providing user presence information, and telephony, computer network security, anti-virus protection, and intrusion detection and prevention. FIRST USE: 20110417. FIRST USE IN COMMERCE: 20110417

IC 042. US 100 101. G & S: Computer services, namely, providing on-line non-downloadable software for database management, electronic spreadsheets, designing, creating, editing and publishing documents, note taking, email, calendaring, contacts management, presentation graphics, desktop publishing, document management, word processing, instant messaging, Voice over Internet Protocol (VoIP), video conferencing, audio conferencing, application sharing, computer desktop sharing, file transfer, sensing and providing user presence information, and telephony, computer network security, anti-virus protection, and intrusion detection and prevention. FIRST USE: 20110417. FIRST USE IN COMMERCE: 20110417 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85387679 |
| **Filing Date** | August 2, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 22, 2012 |
| **Registration Number** | 4185310 |

| | |
|---|---|
| **International Registration Number** | 1175022 |
| **Registration Date** | August 7, 2012 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 2940644;3625391 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 18 04:12:24 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# OFFICE 365

| | |
|---|---|
| **Word Mark** | OFFICE 365 |
| **Goods and Services** | IC 039. US 100 105. G & S: Electronic storage of files and documents. FIRST USE: 20101019. FIRST USE IN COMMERCE: 20101019 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85467634 |
| **Filing Date** | November 8, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 5, 2013 |
| **Registration Number** | 4380754 |
| **Registration Date** | August 6, 2013 |
| **Owner** | (REGISTRANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | Matthew E. Moersfelder |
| **Prior Registrations** | 2841438;2940644;3625391;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |