1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

# crowell moring

**Julia Milewski**
**(202) 624-2514**
**JMilewski@crowell.com**

June 30, 2020

**VIA COURIER**

Clerk
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:      *Microsoft Corporation v. John Does 1-2*

Dear Sir or Madam,

We have enclosed filing fees and three copies of the filings listed below.

- **Civil Cover Sheet**
- **Complaint**
    - Complaint
    - Appendix A
    - Appendix B
- **Appearances**
    - Notice of Appearance of Julia Milewski
    - Motion for *Pro Hac Vice* for Gabriel Ramsey
    - Motion for *Pro Hac Vice* for Matthew Welling
- **Rule 7.1 Statement**
- ***Ex Parte* Application for Emergency Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction**
    - Motion
    - Brief In Support
    - Declaration of Peter Anaman
    - Declaration of Matthew Welling
    - Proposed Order
    - Notice of Hearing
- **Motion for Protective Order**
    - Motion
    - Brief In Support
    - Declaration of Gabriel Ramsey

   o Proposed Order

We have provided two copies for this Court and enclosed a pre-paid package for you to return the third file stamped copy to us.

Please do not hesitate to reach out if you have any questions.

       Sincerely,

       Julia Milewski