**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 1. 20 CV 730 |
| v. | ) ) | |
| JOHN DOES 1-2 CONTROLLING A COMPUTER NETWORK THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, | ) ) ) ) | **FILED UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 5** |
| Defendants. | ) ) ) ) | |

## [PROPOSED] *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiff Microsoft Corporation ("Microsoft") has filed a complaint for injunctive and

other relief pursuant to: (1) the Computer Fraud and Abuse Act (18 U.S.C. § 1030); (2) the

Lanham Act (15 U.S.C. §§ 1114(a)(1), 1125(a), (c)); and (3) the common law of trespass to

chattels, conversion and unjust enrichment.  Microsoft has moved *ex parte* for an emergency

temporary restraining order and an order to show cause why a preliminary injunction should not

be granted pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116(a)

(the Lanham Act), and 28 U.S.C. § 1651(a) (the All-Writs Act).

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Having reviewed the papers, declarations, exhibits, and memorandum filed in support of

Microsoft's *Ex Parte* Application for an Emergency Temporary Restraining Order and Order to

Show Cause re Preliminary Injunction, the Court hereby makes the following findings of fact

and conclusions of law:

1.      This Court has jurisdiction over the subject matter of this case, and there is good cause to believe that it will have jurisdiction over all parties hereto; the Complaint states a claim upon which relief may be granted against Defendants John Doe 1 and 2 ("Defendants") under the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Lanham Act (15 U.S.C. §§ 1114, 1125), and the common law of trespass to chattels, conversion and unjust enrichment.

2.      There is good cause to believe that Defendants have engaged in and are likely to engage in acts or practices that violate the Computer Fraud and Abuse Act (18 U.S.C. § 1030) and the Lanham Act (15 U.S.C. §§ 1114, 1125), and constitute trespass to chattels, conversion and unjust enrichment, and that Microsoft is, therefore, likely to prevail on the merits of this action;

3.      Microsoft owns the registered trademarks Microsoft, Microsoft corporate logo, OneDrive, SharePoint and Office 365 and numerous other trademarks used in connection with its services, software and products.  There is good cause to believe that, unless Defendants are restrained and enjoined by Order of this Court, immediate and irreparable harm will result from the Defendants' ongoing violations.  The evidence set forth in Microsoft's Brief in Support of *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction ("TRO Application"), and the accompanying declarations and exhibits, demonstrates that Microsoft is likely to prevail on its claim that Defendants have engaged and are likely to engage in violations of the foregoing law by:

      a.  intentionally accessing protected computers and sending malicious Web Apps to protected computers and computer networks of Microsoft, and to the online accounts of Microsoft's customers, without authorization or exceeding authorization, and/or attempting the activities, in order to:

          i.  steal and exfiltrate information from those computers, online accounts, and computer networks;

          ii.  attack and compromise the security of Microsoft's protected computers

2

and networks, and the online accounts of Microsoft's customers, by conducting remote reconnaissance, stealing authentication tokens and credentials, monitoring the activities of users, and using other instrumentalities of theft; and

iii.  defraud Microsoft's customers.

b.  deploying computers, internet domains and IP addresses by which means Defendants conduct and/or attempt to conduct illegal activities, including attacks on computers, online accounts, and networks, monitoring activities of users, theft of information stored in online accounts and defrauding Microsoft's customers;

4.      There is good cause to believe that if such conduct continues, irreparable harm will occur to Microsoft, Microsoft's customers, and the public.  There is good cause to believe that the Defendants will continue to engage in such unlawful actions if not immediately restrained from doing so by Order of this Court.

5.      There is good cause to believe that immediate and irreparable damage to this Court's ability to grant effective final relief will result from the sale, transfer, or other disposition or concealment by Defendants of evidence of Defendants' misconduct that is hosted at and otherwise operates through the internet domains listed in **Appendix A** to this Order, if Defendants receive advance notice of this action.  Based on the evidence cited in Microsoft's TRO Application and accompanying declarations and exhibits, Microsoft is likely to be able to prove that:

a.  Defendants are engaged in activities that directly violate United States law and harm Microsoft and the public, including Microsoft's customers;

b.  Defendants have continued their unlawful conduct despite the clear injury to the foregoing interests;

c.  Defendants are likely to delete or to relocate the technical infrastructure at issue in Microsoft's TRO Application and listed in **Appendix A**, thereby permitting them to continue their illegal acts; and

d.  Defendants are likely to warn their associates engaged in such activities if informed of Microsoft's action.

3

6.      Microsoft's request for this emergency *ex parte* relief is not the result of any lack of diligence on Microsoft's part, but instead based upon the nature of Defendants' unlawful conduct. Therefore, in accordance with Fed. R. Civ. P. 65(b), 15 U.S.C. § 1116(a) and 28 U.S.C. § 1651(a), good cause and the interest of justice require that this Order be Granted without prior notice to Defendants, and accordingly, Microsoft is relieved of the duty to provide Defendants with prior notice of Microsoft's motion.

7.      There is good cause to believe that Defendants have specifically directed their activities at Microsoft's customers located in Virginia and the Eastern District of Virginia, have engaged in illegal activity using the internet domains identified in **Appendix A** by using those domains to deceive users of Microsoft's products and services and by directing and/or attempting to direct Web Apps software, code, commands and content to protected computers and networks of Microsoft and to the online accounts of Microsoft's customers for the purpose of perpetuating illegal conduct and causing damage to Microsoft. There is good cause to believe that Defendants have directed said Web Apps software, code, commands and content through certain instrumentalities – specifically the internet domains and the internet domain registration facilities of the domain registries identified in **Appendix A**.

8.      There is good cause to believe that Defendants have engaged in illegal activity by using the internet domain registration facilities of the internet domain registries identified in **Appendix A** to register the internet domains identified in **Appendix A**, so as to deceive Microsoft's customers to attempt to steal authentication tokens and credentials for their Microsoft online accounts, and to deliver and/or attempt to deliver from those domains the malicious Web Apps software, code, commands and content that Defendants use to attempt to access Microsoft's services without authorization and to attempt to obtain information stolen

4

from those accounts and computers.

9.    There is good cause to believe that Defendants have engaged in illegal activity by using deceptive and fraudulent methods to attempt to steal computer users' account authentication tokens and credentials and to attempt to use such tokens and credentials for illegal purposes, including unlawful access of online accounts.

10.    There is good cause to believe that to immediately halt the injury caused by Defendants, Defendants must be prohibited from accessing Microsoft's services without authorization and prohibited from sending Web Apps software, code, commands and content from the internet domains identified in **Appendix A** to the protected computers and networks of Microsoft and to the online accounts of Microsoft's customers.

11.    There is good cause to believe that Defendants have engaged in illegal activity using the internet domains identified in **Appendix A** to attempt to compromise accounts of Microsoft's customers and to attempt to steal information from them.  There is good cause to believe that to immediately halt the injury caused by Defendants, each of Defendants' domains set forth in **Appendix A** must be immediately transferred beyond the control of Defendants, thus making them inaccessible to Defendants.

12.    There is good cause to believe that to immediately halt the injury, the execution of this Order should be carried out in a coordinated manner by Microsoft and by the domain registries and the internet hosting companies identified in **Appendix A** on such date and time within five (5) days of this Order as may be reasonably requested by Microsoft.

13.    There is good cause to permit notice of the instant Order, notice of the Preliminary Injunction hearing and service of the Complaint by formal and alternative means, given the exigency of the circumstances and the need for prompt relief.  The following means of

service are authorized by law, satisfy Due Process, and satisfy Fed. R. Civ. P. 4(f)(3) and are reasonably calculated to notify Defendants of the instant order, the Preliminary Injunction hearing and of this action: (1) transmission by email, facsimile, mail and/or personal delivery to the contact information provided by Defendants to Defendants' domain registrars and hosting companies and as agreed to by Defendants in Defendants' domain registration and/or hosting agreements, (2) publishing notice on a publicly available internet website, (3) by personal delivery upon Defendants, to the extent Defendants provided accurate contact information in the U.S.; and (4) personal delivery through the Hague Convention on Service Abroad or similar treaties upon Defendants, to the extent Defendants provided accurate contact information in foreign countries that are signatories to such treaties.

### TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

**IT IS THEREFORE ORDERED** that, Defendants, Defendants' representatives, and persons who are in active concert or participation with Defendants, are temporarily restrained and enjoined from: (1) intentionally accessing protected computers and sending malicious Web Apps software, code, commands and content to the protected computers and computer networks of Microsoft and to the online accounts of customers of Microsoft, without authorization or exceeding authorization; (2) stealing and exfiltrating information from the foregoing computers, computer networks and online accounts; (3) attacking and compromising the security of the foregoing computers, computer networks and online accounts by conducting remote reconnaissance, stealing authentication tokens and credentials, monitoring the activities of users, and using other instrumentalities of theft; (4) defrauding Microsoft's customers, (5) deploying computers, internet domains and IP addresses to conduct illegal activities, including attacks on computers and networks, monitoring activities of users, and theft of information stored in online

6

accounts; (6) using deceptive and fraudulent methods to attempt to steal computer users'
authentication tokens and online account credentials and to attempt to use such tokens and
credentials for illegal purposes; (6) accessing Microsoft's services without authorization and
sending malicious Web Apps software, code, commands and content from the internet domains
identified in **Appendix A** to the computers and computer networks of Microsoft and to the
online accounts of Microsoft's customers; (7) using the internet domains identified in **Appendix
A** to attempt to compromise accounts of Microsoft's customers and to attempt to steal
information from them; (8) configuring, deploying, operating, or otherwise participating in or
facilitating infrastructure described in the TRO Application, including but not limited to the
software operating through the internet domains set forth in **Appendix A** and through any other
component or element of the Defendants' illegal infrastructure at any location; (9) stealing
information from Microsoft's customers; (10) misappropriating that which rightfully belongs to
Microsoft, its customers, or in which Microsoft or its customers have a proprietary interest; or
(11) undertaking any similar activity that inflicts harm on Microsoft, Microsoft's customers, or
the public.

     **IT IS FURTHER ORDERED** that, Defendants, Defendants' representatives, and
persons who are in active concert or participation with Defendants are temporarily restrained and
enjoined from (1) using and infringing Microsoft's trademarks, including specifically
Microsoft's registered trademarks Microsoft, Microsoft corporate logo, OneDrive, SharePoint
and Office 365 and/or other trademarks, trade names, and/or service marks; (2) using in
connection with Defendants' activities, products, or services any false or deceptive designation,
representation or description of Defendants or of their activities, whether by symbols, words,
designs or statements, which would damage or injure Microsoft or give Defendants an unfair

competitive advantage or result in deception of consumers; or (3) acting in any other manner which suggests in any way that Defendants' activities, products or services come from or are somehow sponsored by or affiliated with Microsoft, or passing off Defendants' activities, products or services as Microsoft's.

**IT IS FURTHER ORDERED** that, with respect to any currently registered internet domains set forth in **Appendix A** to this Order, the domain registries located in the United States shall take the following actions:

A.      Within five (5) business days of receipt of this Order, shall unlock and change the registrar of record for the domain to MarkMonitor or such other registrar specified by Microsoft. To the extent the registrar of record does not assist in changing the registrar of record for the domain under its control, the domain registry for the domain, or its administrators, including backend registry operators or administrators, within five (5) business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the domain to MarkMonitor or such other registrar specified by Microsoft. The purpose of this paragraph is to ensure that Microsoft has control over the hosting and administration of the domain in its registrar account at MarkMonitor or such other registrar specified by Microsoft. Microsoft shall provide to the domain registry or registrar of record any requested registrar information or account details necessary to effectuate the foregoing.

B.      The WHOIS registrant, administrative, billing and technical contact and identifying information should be the following, or other information as may be specified by Microsoft:

> Domain Administrator
> Microsoft Corporation
> One Microsoft Way
> Redmond, WA 98052

8

United States
Phone: +1.4258828080
Facsimile: +1.4259367329
domains@microsoft.com

C.       Prevent transfer, modification or deletion of the domain by Defendants

and prevent transfer or control of the domain to the account of any party other than Microsoft;

D.       Take all steps required to propagate to the foregoing changes through the

Domain Name System ("DNS"), including domain registrars.

E.       With regard to any domain registries or registrars located outside of the

United States, the Court respectfully requests, but does not order, that they take the same or

substantially similar actions as the foregoing so as to neutralize the threat posed by the

Defendants to the citizens of all countries, including their own.  Defendants, their representatives

and persons who are in active concert or participation with them are ordered to consent to

whatever actions are necessary for non-United States registries, registrars and registrants or

hosts, set forth in Appendix A, to effectuate this request.

**IT IS FURTHER ORDERED** that, with respect to the internet domains set forth in

**Appendix A**, the domain registrars located in the United States shall preserve, retain and

produce to Microsoft all documents and information sufficient to identify and contact Defendants

and Defendants' representatives operating or controlling the internet domains set forth in

Appendix A, including any and all individual or entity names, mailing addresses, e-mail

addresses, facsimile numbers and telephone numbers or similar contact information, including

but not limited to such contact information reflected in billing, usage, access and contact records

and all records, documents and logs associated with Defendants' or Defendants' representatives'

use of or access to the internet domains.

**IT IS FURTHER ORDERED** that copies of this Order, notice of the Preliminary

9

Injunction hearing and service of the Complaint may be served by any means authorized by law, including (1) transmission by email, facsimile, mail and/or personal delivery to the contact information provided by Defendants to Defendants' internet domain registrars and/or hosting companies and as agreed to by Defendants in the internet domain registration and/or hosting agreements, (2) publishing notice on a publicly available internet website, (3) by personal delivery upon Defendants, to the extent Defendants provided accurate contact information in the U.S.; and (4) personal delivery through the Hague Convention on Service Abroad or similar treaties upon Defendants, to the extent Defendants provided accurate contact information in foreign countries that are signatories to such treaties.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b) that the Defendants shall appear before this Court on _____ at _____ to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending final ruling on the Complaint against Defendants, enjoining Defendants from the conduct temporarily restrained by the preceding provisions of this Order.

**IT IS FURTHER ORDERED** that Microsoft shall post a surety bond in the amount of $50,000 to be paid into the Court registry.

**IT IS FURTHER ORDERED** that Defendants shall file with the Court and serve on Microsoft's counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than one (1) day prior to the hearing on Microsoft's request for a preliminary injunction.

**IT IS SO ORDERED**

Entered this _____ day of June, 2020

_____
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

| .COM DOMAINS | |
|---|---|
| ***Registry***<br>**Verisign, Inc.**<br>**Verisign Information Services, Inc.**<br>**Verisign Global Registry Services**<br>**12061 Bluemont Way**<br>**Reston Virginia 20190**<br>**United States** | |
| OFFICEINVENTORYS.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officeinventorys.com<br>Registry Domain ID: 2502955959_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-03-13T16:12:21.00Z<br>Registrar Registration Expiration Date: 2021-03-13T16:12:21.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503<br>Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Registry Admin ID: |

1

| | |
|---|---|
| | Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>649712c9fae543dbb1aea0fd78c804ed.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T11:42:28.55Z <<< |
| OFFICESUITESOFT.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officesuitesoft.com<br>Registry Domain ID: 2497852670_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-02-28T04:39:59.00Z<br>Registrar Registration Expiration Date: 2021-02-28T04:39:59.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107 |

Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:
361349b7019e4ffeaa8189520398802e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:

| | |
|---|---|
| | http://wdprs.internic.net/ |
| OFFICEHNOC.COM | *Registrar*<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officehnoc.com<br>Registry Domain ID: 2482044724_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2020-01-19T15:18:12.00Z<br>Registrar Registration Expiration Date: 2021-01-19T15:18:12.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503<br>Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com<br>Registry Admin ID:<br>Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com |

| | Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>cc9604648d71460288ef63ae22744aa5.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T12:23:12.95Z <<< |
|---|---|
| OFFICESUITED.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officesuited.com<br>Registry Domain ID: 2466161464_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2019-12-11T20:07:57.00Z<br>Registrar Registration Expiration Date: 2020-12-11T20:07:57.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: WhoisGuard Protected<br>Registrant Organization: WhoisGuard, Inc.<br>Registrant Street: P.O. Box 0823-03411<br>Registrant City: Panama<br>Registrant State/Province: Panama<br>Registrant Postal Code:<br>Registrant Country: PA<br>Registrant Phone: +507.8365503 |

5

| | |
|---|---|
| | Registrant Phone Ext:<br>Registrant Fax: +51.17057182<br>Registrant Fax Ext:<br>Registrant Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Registry Admin ID:<br>Admin Name: WhoisGuard Protected<br>Admin Organization: WhoisGuard, Inc.<br>Admin Street: P.O. Box 0823-03411<br>Admin City: Panama<br>Admin State/Province: Panama<br>Admin Postal Code:<br>Admin Country: PA<br>Admin Phone: +507.8365503<br>Admin Phone Ext:<br>Admin Fax: +51.17057182<br>Admin Fax Ext:<br>Admin Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Registry Tech ID:<br>Tech Name: WhoisGuard Protected<br>Tech Organization: WhoisGuard, Inc.<br>Tech Street: P.O. Box 0823-03411<br>Tech City: Panama<br>Tech State/Province: Panama<br>Tech Postal Code:<br>Tech Country: PA<br>Tech Phone: +507.8365503<br>Tech Phone Ext:<br>Tech Fax: +51.17057182<br>Tech Fax Ext:<br>Tech Email:<br>32d1ef4e2c624df59f656fc1399745c4.protect@whoisguard.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System:<br>http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2020-05-16T17:23:43.56Z <<< |
| OFFICEMTR.COM | ***Registrar***<br>**Namecheap Inc.**<br>**4600 East Washington Street, Suite 305**<br>**Phoenix, AZ 85034**<br><br>Domain name: officemtr.com<br>Registry Domain ID: 2460235581_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z |

Creation Date: 2019-11-27T01:01:50.00Z
Registrar Registration Expiration Date: 2020-11-27T01:01:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
ca357c245790440db15de36d422c3d18.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
ca357c245790440db15de36d422c3d18.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:

| | Tech Email: |
|---|---|
| | ca357c245790440db15de36d422c3d18.protect@whoisguard.com |
| | Name Server: pdns1.registrar-servers.com |
| | Name Server: pdns2.registrar-servers.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting System: |
| | http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2020-05-16T21:24:09.71Z <<< |
| MAILITDAEMON.COM | **GoDaddy.com, LLC** |
| | **14455 North Hayden Rd., Ste. 219** |
| | **Scottsdale, AZ 85260** |
| | |
| | Domain Name: mailitdaemon.com |
| | Registry Domain ID: 2466584834_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.godaddy.com |
| | Registrar URL: http://www.godaddy.com |
| | Updated Date: 2019-12-13T04:09:33Z |
| | Creation Date: 2019-12-13T04:09:32Z |
| | Registrar Registration Expiration Date: 2020-12-13T04:09:32Z |
| | Registrar: GoDaddy.com, LLC |
| | Registrar IANA ID: 146 |
| | Registrar Abuse Contact Email: abuse@godaddy.com |
| | Registrar Abuse Contact Phone: +1.4806242505 |
| | Domain Status: clientTransferProhibited |
| | http://www.icann.org/epp#clientTransferProhibited |
| | Domain Status: clientUpdateProhibited |
| | http://www.icann.org/epp#clientUpdateProhibited |
| | Domain Status: clientRenewProhibited |
| | http://www.icann.org/epp#clientRenewProhibited |
| | Domain Status: clientDeleteProhibited |
| | http://www.icann.org/epp#clientDeleteProhibited |
| | Registry Registrant ID: Not Available From Registry |
| | Registrant Name: Registration Private |
| | Registrant Organization: Domains By Proxy, LLC |
| | Registrant Street: DomainsByProxy.com |
| | Registrant Street: 14455 N. Hayden Road |
| | Registrant City: Scottsdale |
| | Registrant State/Province: Arizona |
| | Registrant Postal Code: 85260 |
| | Registrant Country: US |
| | Registrant Phone: +1.4806242599 |
| | Registrant Phone Ext: |
| | Registrant Fax: +1.4806242598 |
| | Registrant Fax Ext: |
| | Registrant Email: mailitdaemon.com@domainsbyproxy.com |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: Registration Private |
| | Admin Organization: Domains By Proxy, LLC |
| | Admin Street: DomainsByProxy.com |

8

Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: mailitdaemon.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: mailitdaemon.com@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-05-17T09:00:00Z <<<