**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, ) ) ) ) | |
| Plaintiff, ) | Civil Action No: 1:20-cv-730 |
| v. ) ) | |
| JOHN DOES 1-2 CONTROLLING A COMPUTER NETWORK THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, ) ) ) ) ) ) | |
| Defendants. ) ) ) ) | |

**MICROSOFT'S MOTION FOR LIMITED DISCOVERY NECESSARY TO IDENTIFY AND SERVE DOE DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Microsoft Corporation respectfully moves for an order granting limited discovery necessary to identify and serve Doe defendants.

Dated: July 9, 2020                    Respectfully submitted,

/s/ Julia Milewski
Julia Milewski (VA Bar No. 82426)
Matthew Welling (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone:  (202) 624-2500
Fax:             (202) 628-5116
jmilewski@crowell.com
mwelling@crowell.com

Gabriel M. Ramsey (*pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800
Fax:             (415) 986-2827
gramsey@crowell.com

*Attorneys for Plaintiff Microsoft Corporation*